# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Norfolk Division)

| | |
|---|---|
| **DAVID L. POWELL, SR.**<br>803 Brightley Road<br>Norfolk, VA 23509<br><br>   **Plaintiff,**<br><br>v.<br><br>**HARRIS TEETER, LLC**<br>701 Crestdale Road<br>Matthews, NC 28105<br><br>   **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 2:24-cv-716<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF AND PETITION FOR REMOVAL

Petitioner/Defendant, HARRIS TEETER, LLC (and any all fictitious names or trade names under which it may operate the grocery store and fuel center located at 7550 Granby Street in Norfolk, Virginia) (hereafter collectively referred to as "Harris Teeter"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. §1441 *et. seq.*, hereby files this Notice of and Petition for Removal of this action from the Circuit Court for the City of Norfolk, Virginia, in which it is now pending, to the United States District Court for the Eastern District of Virginia, and in support thereof, respectfully avers as follows:

  1. Defendant has been named as a Defendant in a suit filed in the Circuit Court for the City of Norfolk, Virginia, Case No.: CL23013148-00.  Suit was filed on November 28, 2023, and Harris Teeter was served with the Summons and Complaint on November 22, 2024.

  2. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332.  Harris Teeter seeks to remove this action to this Court under Title 28 U.S.C. §1441(a).

3. Copies of the Summons and Complaint and of Harris Teeter's Answer and Affirmative and Other Defenses as filed in the Circuit Court for the City of Norfolk, Virginia are attached as **Exhibit 1** and **Exhibit 2**, respectively.

4. The above-entitled matter is a civil action in which the Plaintiff alleges negligence against Harris Teeter in connection with an incident that occurred on November 29, 2021.

5. Harris Teeter is entitled to removal because there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000. To wit, Plaintiff is citizen of Virginia and Harris Teeter is a North Carolina limited liability company, and its sole member is Harris Teeter Supermarkets, Inc., which is a corporation organized and existing under the laws of North Carolina with its headquarters and principal place of business in North Carolina.

6. Plaintiff's Complaint seeks damages of $500,000 and Plaintiff has demanded a trial by jury.

WHEREFORE, Petitioner/Defendant, Harris Teeter, LLC, respectfully requests that the above-entitled action be removed from the Circuit Court for the City of Norfolk, Virginia to the United States District Court for the Eastern District of Virginia.

Respectfully submitted this 16th day of December, 2024.

        HARRIS TEETER, LLC

        By Counsel

/s/ _____
Lindsey A. Lewis, Esq., Va. Bar #73141
llewis@fandpnet.com
Andrew P. Hanlin, Esq., Va. Bar #78552
ahanlin@fandpnet.com
Franklin & Prokopik, P.C.
5516 Falmouth Street, Suite 203
Richmond, VA 23230
Telephone: (804) 932-1996
Facsimile: (804) 403-6007
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which (if counsel has registered with CM/ECF) will then send a notification of such filing (NEF) to the following:

J. Derek Turrietta, Esq.
dturrietta@sntlegal.com
STACKHOUSE, NEXSEN & TURRIETTA, PLLC
4505 Colley Ave.
Norfolk, VA 23508
*Counsel for Plaintiff*

I hereby further certify that a true and accurate copy of the foregoing *Notice of and Petition for Removal* was served, *via* U.S. Mail, postage prepaid, this 16th day of December, 2024, upon:

J. Derek Turrietta, Esq.
STACKHOUSE, NEXSEN & TURRIETTA, PLLC
4505 Colley Ave.
Norfolk, VA 23508
*Counsel for Plaintiff*

/s/ _____
Lindsey A. Lewis

3