UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DAVID L. POWELL, SR.,

        Plaintiff,

v.

HARRIS TEETER, LLC,

        Defendant.

Civil No. 2:24cv716

## ORDER

Pending before the Court is a Joint Stipulation of Dismissal filed by the Plaintiff David L. Powell, Sr. ("Plaintiff" or "Mr. Powell") and Defendant Harris Teeter, LLC ("Defendant") (collectively, the "Parties"). ECF No. 10. Therein, the Parties move to voluntarily dismiss this action without prejudice, and note that each party shall bear its own costs and attorneys' fees.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), "[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Here, the Parties have moved to dismiss the action with a stipulation of dismissal signed by all parties who have appeared. Upon due consideration and for good cause shown, this action is **DISMISSED** without prejudice.

The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

1

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

June 4, 2025
Norfolk, Virginia